UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
JENNIFER RAND, individually and on behalf :
of a class similarly situated, :
                Plaintiff, : **ORDER**
v. :
                                                 21 CV 10744 (VB)
THE TRAVELERS INDEMNITY COMPANY, :
                Defendant. :
----------------------------------------------------------------x

        On December 15, 2021, plaintiff commenced the instant action against defendant. (Doc. #1).

        On December 16, 2021, the Clerk of Court issued summons as to defendant. (Doc. #4).

        On December 23, 2021, plaintiff docketed proof of service indicating service on defendant on December 17, 2021. (Doc. #5). Accordingly, defendant had until January 7, 2022, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

        To date, defendant has neither appeared in this action nor answered, moved, or otherwise responded to the complaint.

        Accordingly, provided that defendant remains in default, plaintiff is ORDERED to seek a certificate of default as to defendant by February 1, 2022, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by February 15, 2022. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: January 18, 2022
       White Plains, NY

                                              SO ORDERED:

                                              _____
                                              Vincent L. Briccetti
                                              United States District Judge