UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

------------------------------------------------------------ X
: 
JENNIFER RAND, individually and on behalf of : 
a class similarly situated, : 
 : 
 Plaintiff, : 
 : No. 7:21-cv-10744-VB
 v. : 
 : 
THE TRAVELERS INDEMNITY COMPANY, : 
 : 
 Defendant. : 
------------------------------------------------------------ X

**DEFENDANT THE TRAVELERS INDEMNITY COMPANY'S
MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendant The Travelers Indemnity Company ("Travelers") hereby moves to dismiss this action with prejudice for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for Travelers' motion are set forth in the accompanying supporting Memorandum of Law.

This motion is submitted in accordance with the Court's Order, dated March 8, 2022, extending the deadline for Travelers to answer, move, or otherwise respond to Plaintiff's Amended Class Action Complaint to April 7, 2022 (ECF No. 22).

[*signature on following page*]

1

|  |  |
|---|---|
| Dated: April 7, 2022 | Respectfully submitted, |
|  | */s/ Christopher J. Borchert* |
|  | Christopher J. Borchert |
|  | ALSTON & BIRD LLP |
|  | 90 Park Avenue |
|  | New York, NY 10016 |
|  | Telephone: (212) 210-9548 |
|  | Facsimile: (212) 210-9444 |
|  | E-mail: christopher.borchert@alston.com |
|  |  |
|  | Kristine McAlister Brown |
|  | (admitted *pro hac vice*) |
|  | Donald M. Houser |
|  | (admitted *pro hac vice*) |
|  | ALSTON & BIRD LLP |
|  | 1201 West Peachtree Street |
|  | Atlanta, GA 30309 |
|  | Telephone: (404) 881-7000 |
|  | Facsimile: (404) 881-7777 |
|  | E-mail: kristy.brown@alston.com |
|  |         donald.houser@alston.*com* |
|  |  |
|  | *Counsel for Defendant The Travelers Indemnity Company* |