# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000 | Fax: 404-881-7777

**Donald Houser**  Direct Dial: **+1 404 881 4749**  Email: **donald.houser@alston.com**

January 31, 2023

<u>VIA ECF</u>

The Honorable Vincent L. Briccetti
U.S. District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:  *Jennifer Rand et al. v. The Travelers Indemnity Company*, Case No. 7:21-cv-10744 (VLB)

Dear Judge Briccetti:

     Pursuant to the Court's Scheduling Order, ECF No. 41, the Parties jointly submit this letter concerning the status of settlement discussions. The Parties have engaged in telephonic discussions pursuant to FRE 408 about the claims and defenses in this litigation and the prospect for potential resolution. Travelers has also provided Plaintiff's counsel with information on a confidential basis pursuant to FRE 408 to facilitate those discussions. The Parties anticipate additional discussions and at present do not believe Court assistance is necessary.

     If acceptable to the Court, the Parties will provide the Court with a further update via joint letter on or before March 31, 2023.

Sincerely,

*/s/ Donald Houser*
Donald Houser

cc:  All Counsel of Record (*via* ECF)

Alston & Bird LLP                                                                                                                              www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.