UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JENNIFER RAND, individually and on behalf :
of a class similarly situated, :
                Plaintiff, : **ORDER REGARDING**    3/31/23
v. : **SEALED DOCUMENTS**
   :
THE TRAVELERS INDEMNITY : 21 CV 10744 (VB)
COMPANY,
                Defendant.
--------------------------------------------------------------x

      The Court having So Ordered the parties' Confidentiality and Protective Order, dated March 31, 2023, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: March 31, 2023
       White Plains, NY

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge