**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RAND,

                              Plaintiff,                                7:21-cv-10744-VB

          -against-                                **ORDER**

THE TRAVELERS INDEMNITY COMPANY,
                              Defendant.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      The Court has reviewed the defendant's request for a pre-motion conference for their anticipated motion to quash the Mandiant subpoena (ECF No. 54), and plaintiff's response (ECF No.57). A pre-motion conference is waived and the defendant's request to file a motion to quash is GRANTED.

      Unless the parties submit an agreed-upon briefing schedule by no later than June 30, 2023, the following briefing schedule will apply:

      Defendant's motion to quash and for a protective order is due: Friday, July 7, 2023.

      Plaintiff's response is due: Friday, July 14, 2023.

      Defendant's reply is due: Tuesday, July 18, 2023.

      The actions commanded in plaintiff's May 16, 2023, subpoena to Mandiant, Inc. are held in abeyance pending the court's decision on the defendant's motion to quash.

      **SO ORDERED.**

DATED:     White Plains, New York
                June 23, 2023

                                                        VICTORIA REZNIK
                                                         United States Magistrate Judge