# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000 | Fax: 404-881-7777

**Donald Houser**  Direct Dial: **+1 404 881 4749**  Email: **donald.houser@alston.com**

July 31, 2023

<u>VIA ECF</u>

The Honorable Vincent L. Briccetti
U.S. District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:  *Jennifer Rand et al. v. The Travelers Indemnity Company*, Case No. 7:21-cv-10744 (VLB)

Dear Judge Briccetti:

    Pursuant to the Court's Docket Order dated May 31, 2023, ECF No. 53, the Parties jointly submit this letter concerning the status of settlement discussions. The Parties have engaged in good faith settlement discussions pursuant to FRE 408 and continue to work productively together in the litigation. The Parties are amenable to continuing settlement discussions but at present believe that the Parties' ongoing discovery efforts are necessary to facilitate further discussions. The Parties do not believe Court assistance is necessary at this time.

    If acceptable to Court, the Parties will provide the Court with a further update via joint letter on or before September 29, 2023.

Sincerely,

*/s/ Donald Houser*
Donald Houser

cc:  All Counsel of Record (*via* ECF)