```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JENNIFER RAND,

                                  Plaintiff,            21-CV-10744 (VB)(VF)

                -against-                               ORDER

THE TRAVELERS INDEMNITY COMPANY,

                                  Defendants.
------------------------------------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 8/8/2023**

**VICTORIA REZNIK, United States Magistrate Judge:**

      On July 19, 2023, the Court issued an order granting in part and denying in part Defendant's motion to seal. (ECF No. 76). The Court's order directed defendant to submit narrowly tailored proposed redactions consistent with the Court's order to ECF Nos. 57, 57-6, 57-11, 57-12, 57-13, 63-1, 63-5, 63-10, 63-11, and 63-12. On August 4, 2023, Defendant filed their proposed redactions (ECF No. 91, 91-1, 91-3, 91-4, and 91-5). Defendant's proposed redactions are GRANTED.

      Accordingly, the Clerk of Court is directed to maintain ECF Nos. 57, 57-11, 57-12, 57-13, 63-1, 63-10, 63-11, 63-12, and 91-2 as under seal and accessible only to selected parties. In addition, the Clerk of Court is directed to change the viewing level to "public" for ECF Nos. 91-1, 91-3, 91-4, and 91-5, which are the corresponding redacted versions of the aforementioned documents. In addition, the parties are no longer requesting that ECF Nos. 57-6 and 63-5 be under seal. Consequently, the Clerk of Court is directed to change the viewing level for ECF Nos. 57-6 and 63-5 to public.

      On July 24, 2023, the Court granted Plaintiff's request to temporarily maintain ECF Nos. 78 and 78-1 under seal pending the above-referenced proposed redactions by Defendant. By

Wednesday, August 16, 2023, the Court directs the parties to make a joint submission regarding proposed final redactions for ECF Nos. 78 and 78-1.

Accordingly, the Clerk of Court is directed to temporarily make ECF Nos. 78 and 78-1 viewable only to court personnel and counsel for Plaintiffs and Defendants.

Lastly, the Clerk of Court is directed to close out ECF No. 90.

**SO ORDERED.**

DATED: New York, New York
August 8, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge