UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JENNIFER RAND,

                              Plaintiffs,

      -against-

THE TRAVELERS INDEMNITY COMPANY,

                              Defendant.

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2023

21-CV-10744 (VB)(VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      The parties are directed to file a joint letter by no later than October 31, 2023, providing the Court with an update on the status of the case. The letter should detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month.

      **SO ORDERED.**

DATED:      White Plains, New York
                  August 29, 2023

                                                                   _____
                                                                   VICTORIA REZNIK
                                                                   United States Magistrate Judge