LOWEY DANNENBERG P.C. GAINEY McKENNA & EGLESTON

MEMO ENDORSED

January 19, 2024

**VIA ECF**
The Honorable Victoria Reznik, U.S.M.J.
U.S. District Court for the Southern District of New York
300 Quarropas Street, Courtroom: 420
White Plains, NY 10601-4062

**Re: *Rand v. The Travelers Indemnity Company*, Case No. 7:21-cv-10744-VB-VR**

Dear Judge Reznik:

We represent Plaintiff in the above-referenced matter. As we discussed with the Clerk's Office, we understand that Docket No. 112 has been marked temporarily sealed. Defendant has requested that Dkt. No. 112 be sealed as containing non-discoverable information protected from disclosure at this time by a protective order issued in this case, found at Dkt. No. 50. We write as instructed by the Clerk's Office to request that Dkt. No. 112 remain sealed while the discovery dispute, which it concerns, is adjudicated by this Court.

Thank you.

Respectfully submitted,

*/s/ Christian Levis*
Christian Levis

*/s/ Thomas J. McKenna*
Thomas J. McKenna

cc: All Counsel of Record (*via* ECF)

The parties' request is GRANTED. ECF No. 112 shall remain temporarily under seal. The parties are to submit a joint letter by 1/26/24 regarding their positions on sealing ECF No. 112.

Dated: 1/22/24

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.