# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000 | Fax: 404-881-7777

**Donald Houser**     Direct Dial: **+1 404 881 4749**     Email: **donald.houser@alston.com**

**VIA ECF**

February 13, 2024

**MEMO ENDORSED**

The Honorable Victoria Reznik
U.S. District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:  *Rand v. The Travelers Indemnity Company*, Case No. 7:21-cv-10744 (VLB)

Dear Judge Reznik:

The Parties write jointly to request a one-day extension to Your Honor's request for briefing following the Telephonic Status Conference held on February 5, 2024. This is the first request that the Parties have made to extend the deadline, and both Parties consent to this request. Defendant's brief is currently due on February 19, 2024, a Federal Holiday. In order to ensure hard copies of the disputed documents can be received for in camera review and allow Plaintiff a corresponding increase in time to respond, the Parties respectfully request that the Court modify the deadline for briefing as follows:

|  | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Defendant's Briefing in Support of Privilege and Request for Sanctions | February 19, 2024 | February 20, 2024 |
| Plaintiff's Response | March 4, 2024 | March 5, 2024 |

We are available at Your Honor's convenience if the Court requires any additional information.

Sincerely,

*/s/ Donald Houser*                         */s/ Thomas J. Mckenna*
Donald Houser                               Thomas J. Mckenna
*Counsel for Defendant The*                 *Counsel for Plaintiff Jennifer Rand*
*Travelers Indemnity Company*

Alston & Bird LLP

The parties' request is **GRANTED** and the above referenced deadlines are so-ordered.
Dated: 2/14/24

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.