February 29, 2024

**VIA ECF**
The Honorable Vincent L. Briccetti, U.S.D.J.
U.S. District Court for the Southern District of New York
300 Quarropas Street, Courtroom: 620
White Plains, NY 10601-4062

The Honorable Victoria Reznik, U.S.M.J.
U.S. District Court for the Southern District of New York
300 Quarropas Street, Courtroom: 420
White Plains, NY 10601-4062

   **Re:** *Rand v. The Travelers Indemnity Company*, **Case No. 7:21-cv-10744-VB-VR**

Dear Judge Briccetti and Judge Reznik:

  Pursuant to the Court's Order dated November 29, 2023, ECF No. 109, the Parties jointly submit this letter regarding settlement discussions.

  Since November 29, 2023, both Plaintiff and The Travelers Indemnity Company ("Travelers") have conferred and agreed that the Parties would engage in mediation. At the time of filing this joint letter, the Parties are discussing the format and logistics of mediation, as well as potential mediators. The Parties will schedule a mediation as expeditiously as possible. The Parties continue to work cooperatively and in good faith.[1]

            Respectfully submitted,

*/s/ Thomas J. McKenna*         */s/ Donald Houser*
Thomas J. McKenna           Donald Houser
*Counsel for Plaintiff Jennifer Rand*     *Counsel for Defendant The*
                    *Travelers Indemnity Company*

cc:  All Counsel of Record (*via* ECF)

---

[1] By agreeing to mediation, neither Party waives any rights with respect to Travelers' pending motion for protective order and sanctions. *See* ECF No. 131.