GAINEY MCKENNA & EGLESTON

March 4, 2024

**VIA ECF**

The Honorable Victoria Reznik, U.S.M.J.
U.S. District Court for the Southern District of New York
300 Quarropas Street, Courtroom: 420
White Plains, NY 10601-4062

## MEMO ENDORSED

Re:    *Rand v. The Travelers Indemnity Company*,
       <u>Case No. 7:21-cv-10744-VB-VR</u>

Dear Judge Reznik:

Pursuant to Your Honor's Individual Practices 1.E., the Parties write jointly to request: (i) an extension to file Plaintiff's Opposition to Travelers' Motion for Protective Order and Sanctions (ECF No. 132, "Motion"); and (ii) a temporary stay of all discovery deadlines and activities.

As stated in the Parties' February 29, 2024 (ECF No. 134) status report, the Parties have agreed to engage in mediation in a good faith effort to settle the above-referenced action. The Parties are currently working together to finalize the format and logistics of the mediation, as well as jointly selecting an appropriate mediator with the goal of scheduling a mediation as soon as practicable. Concurrently, Plaintiff has been drafting her Opposition to Defendant's Motion in anticipation of the March 5, 2024 filing deadline and requested that Travelers produce a witness for a deposition, and Travelers' served Plaintiff with additional discovery demands and also noticed a third party deposition.

The Parties conferred by telephone on March 1, 2024 and agreed that in light of the anticipated mediation, to temporarily pause all case deadlines, including all noticed depositions and requests for production, until after the mediation. The Parties have also agreed to extend the deadline for Plaintiff to respond to Travelers' Motion until 10 business days after the mediation. As such, the Parties respectfully request that the Court enter an order: (i) temporarily staying all discovery activities and deadlines in the above-referenced action, with the stay to be lifted on the fifth business day after the mediation; and (ii) extending the deadline for Plaintiff to respond to Travelers' Motion to five (5) business days after the stay is lifted following the mediation. If the mediation is not successful, the Parties will submit a new proposed schedule to the Court to finish the remaining discovery.

The Parties are available at Your Honor's convenience if the Court information.

Respectfully submitted,

*/s/ Thomas J. McKenna*                          */s/ Michael A. Kaeding*
Thomas J. McKenna                                Michael A. Kaeding

cc:    All Counsel of Record (*via* ECF)

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.
Dated: 3/4/24

The parties' request is **GRANTED.**

All discovery deadlines and the deadline for Plaintiff's Opposition to Travelers' Motion for a Protective Order and Sanctions are temporarily stayed pending the outcome of the mediation. The deadlines proposed by the parties above are so-ordered, assuming the mediation occurs promptly.

By 4/1/24, the parties shall submit a joint status letter.

The Clerk of Court is requested to close out ECF No. 136.