# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000 | Fax: 404-881-7777

**Donald Houser**                    Direct Dial: **+1 404 881 4749**                    Email: **donald.houser@alston.com**

April 1, 2024

<u>VIA ECF</u>

The Honorable Victoria Reznik, U.S.M.J.
U.S. District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:    *Jennifer Rand et al. v. The Travelers Indemnity Company*, Case No. 7:21-cv-10744

Dear Judge Reznik:

Pursuant to the Court's Docket Order dated March 4, 2024, ECF No. 137, the Parties jointly submit this letter concerning the status of settlement discussions.  Following the February 29, 2024 Joint Letter, ECF No. 134, the Parties mutually agreed upon a mediator, Mr. Antonio Piazza, and a time for mediation.  The mediation is scheduled for April 16, 2024 in San Francisco.  The Parties will participate in the upcoming mediation and will continue to work cooperatively and in good faith.[1]

Sincerely,

*/s/ Donald Houser*
Donald Houser

cc:    All Counsel of Record (*via* ECF)

---

[1] By agreeing to mediation, the Parties do not waive any rights with respect to the pending motion for protective order and sanctions.  *See* ECF No. 131.