UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| JENNIFER RAND, individually and on behalf of a class similarly situated<br><br>      Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>      Defendant. | No. 7:21-cv-10744-VB-VR |

**NOTICE OF PLAINTIFF JENNIFER RAND'S MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE THAT**, upon the Joint Declaration of Thomas J. McKenna and Christian Levis, sworn to on August 16, 2024, and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Plaintiff Jennifer Rand will move this Court at the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, before the Honorable Vincent Briccetti, United States District Judge, for an Order under Federal Rule of Civil Procedure 23 that (i) preliminarily approves the Settlement; (ii) conditionally certifies the following Settlement Class:

> All individuals of the United States who were sent notice that their Personal Information was accessed, stolen, or compromised as a result of the Data Incident, as reflected on the Class List. Excluded from the Class are: (i) Travelers, any Person in which Travelers has a controlling interest, and Travelers' officers, directors, legal representatives, successors, subsidiaries, and assigns; (ii) any judge, justice, or judicial officer presiding over the Action and the members of their immediate families and judicial staff; and (iii) any individual that timely and validly opts out of the Settlement.

(iii) appoints Plaintiff as class representative; (iv) appoints Gainey McKenna & Egleston and Lowey Dannenberg, P.C. as Class Counsel; (v) appoints the Angeion Group LLC ("Angeion") as the Settlement Administrator and escrow agent; (vi) approves the proposed Notice Plan (*see* accompanying Declaration of Steven Weisbrot, Esq. Re: Angeion Group Qualifications & The Proposed Notice Plan) and the proposed Short Form and Long Form Notices (attached as Exhibits C and D to the Settlement Agreement); (vii) sets a schedule leading to the Court's evaluation of whether to finally approve the Settlement; and (viii) stays all proceedings in the Action except those relating to approval of the Settlement. *See* [Proposed] Preliminary Approval Order, filed herewith.

Dated: August 16, 2024
White Plains, New York

Respectfully Submitted,

**LOWEY DANNENBERG, P.C.**

By: */s/ Christian Levis*
Christian Levis
Amanda G. Fiorilla
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
clevis@lowey.com
afiorilla@lowey.com

Anthony M. Christina (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
achristina@lowey.com

**GAINEY McKENNA & EGLESTON**

By: */s/ Thomas J. McKenna*
Thomas J. McKenna
Gregory M. Egleston
Christopher Brain
260 Madison Avenue, 22nd Floor
New York, NY 10016
Tel: (212) 983-1300
tjmckenna@gme-law.com
gegleston@gme-law.com
cbrain@gme-law.com

*Counsel for Plaintiff Jennifer Rand*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 16, 2024, I caused a true and correct copy of the foregoing to be served on counsel of record by electronically filing it with the Clerk of the Court using the ECF system, which will send notification of such filing to the registered participants and via email to counsel for Defendant The Travelers Indemnity Company.

                                                    */s/ Christian Levis*
                                                    Christian Levis