# **Exhibit 4**

«FIRST NAME» «LAST NAME»
«STREET»
«CITY» «STATE» «ZIP»
**Claimant Identification Code:** «Claimant Identification Code»
**Confirmation Code:** «Confirmation Code»

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER RAND, individually and on behalf of a class similarly situated,<br><br>　　　　　Plaintiff,<br><br>　-v.-<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>　　　　　Defendant. | No. 7:21-cv-10744-VB-VR |

## SETTLEMENT PAYMENT ELECTION

　　Prior to completing this form, it is important that you review the **Notice of Proposed Class Action Settlement, [Date] Fairness Hearing Thereon and Class Members' Rights** ("Notice") and the Stipulation and Agreement of Settlement between Plaintiff and Travelers, which are available at the Settlement Website, www.TRVDataSettlement.com.

　　Please submit a Settlement Payment Election **online at the Settlement Website by 11:59 p.m. Eastern Time on [date] OR complete, postmark and mail this form to the Settlement Administrator no later than [date].** If you are unable to submit the required information as described below or have any questions, you should call or email the Settlement Administrator for further instructions.

### I.   CLAIMANT INFORMATION

　　The Settlement Administrator will use this information for all communications relevant to this Settlement Payment Election. If this information changes after the submission of this form, please notify the Settlement Administrator in writing. If you are completing and signing this Settlement Payment Election on behalf of the Claimant, you must attach documentation showing your authority to act on behalf of Claimant.

　　Please use the fields below to provide updated or missing contact information.

| | |
|---|---|
| [          ] | [          ] |
| **First Name** | **Last Name** |

| |
|---|
| [                                      ] |
| **Street Address** |

| | | |
|---|---|---|
| [          ] | [    ] | [    ] |
| **City** | **State** | **Zip Code** |

| | |
|---|---|
| [          ] | [          ] |
| **Email Address** | **Phone Number** |

## II. PAYMENT ELECTION

For payment of reimbursement of your *pro rata* cash payment, I wish to receive my payment, if approved, by (select one):

☐ **PayPal** - Enter your PayPal email address: _____

☐ **Venmo -** Enter the mobile number associated with your Venmo account: _____ - _____ - _____

☐ **Zelle -** Enter the mobile number or email address associated with your Zelle account:

   Mobile Number: _____ - _____ - _____ or Email Address: _____

☐ **Virtual Prepaid Card -** Enter your email address: _____

☐ **Physical Check -** Payment will be mailed to the pre-populated address on page 1 of this form. Please be sure to complete the Claimant Information section if you need to update your address.

**I CERTIFY THAT ALL THE INFORMATION PROVIDED BY ME ON THIS PAYMENT ELECTION FORM IS TRUE, CORRECT, AND COMPLETE AND THAT THE DATA SUBMITTED IN CONNECTION WITH THIS SETTLEMENT PAYMENT ELECTION ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.**

_____      _____
Signature of Claimant                                 Print Name of Claimant


Date: _____
         MM/DD/YY


**REMINDER:** YOUR SETTLEMENT PAYMENT ELECTION AND REQUIRED DATA MUST BE SUBMITTED ONLINE BY 11:59 P.M. EASTERN TIME ON [DATE] **OR** POSTMARKED AND MAILED NO LATER THAN [DATE] TO:

   TTIC DATA INCIDENT SETTLEMENT ADMINISTRATOR
   1650 ARCH STREET, SUITE 2210
   PHILADELPHIA, PA 19103

**QUESTIONS?** PLEASE VISIT WWW.TRVDATASETTLEMENT.COM OR CALL TOLL-FREE 1-XXX-XXX-XXXX.