UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| JENNIFER RAND, individually and on behalf of a class similarly situated<br><br>            Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>            Defendant. | No. 7:21-cv-10744-VB-VR |

**NOTICE OF *IN CAMERA SUPPLEMENT* TO
STIPULATION AND AGREEMENT OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE THAT**, the Parties have agreed upon an *In Camera Supplement*, as defined in the fully executed Stipulation and Agreement of Class Action Settlement ("Settlement Agreement"), which supplements and is a material part of the Settlement Agreement. The Parties will make the *In Camera Supplement* available for the Court's inspection either *in camera* or filed under seal on the docket, depending on the Court's preferences.

Dated: August 16, 2024
      White Plains, New York

                                                      Respectfully Submitted,

| **LOWEY DANNENBERG, P.C.** | **GAINEY McKENNA & EGLESTON** |
|---|---|
| By: /s/ *Christian Levis* | By: /s/ *Thomas J. McKenna* |
| Christian Levis | Thomas J. McKenna |
| Amanda G. Fiorilla | Gregory M. Egleston |
| 44 South Broadway, Suite 1100 | Christopher Brain |
| White Plains, NY 10601 | 260 Madison Avenue, 22nd Floor |
| Tel: (914) 997-0500 | New York, NY 10016 |
| clevis@lowey.com | Tel: (212) 983-1300 |
| afiorilla@lowey.com | tjmckenna@gme-law.com |
| | gegleston@gme-law.com |
| Anthony M. Christina (*pro hac vice*) | cbrain@gme-law.com |
| **LOWEY DANNENBERG, P.C.** | |
| One Tower Bridge | |
| 100 Front Street, Suite 520 | |
| West Conshohocken, PA 19428 | |
| achristina@lowey.com | |

*Counsel for Plaintiff Jennifer Rand*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 16, 2024, I caused a true and correct copy of the foregoing to be served on counsel of record by electronically filing it with the Clerk of the Court using the ECF system, which will send notification of such filing to the registered participants and via email to counsel for Defendant The Travelers Indemnity Company.

                                       */s/ Christian Levis*
                                       Christian Levis