UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| JENNIFER RAND, individually and on behalf of a class similarly situated<br><br>　　　　　　　Plaintiff,<br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>　　　　　　　Defendant. | No. 7:21-cv-10744-VB-VR |

**NOTICE OF PLAINTIFF JENNIFER RAND'S MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE THAT**, upon the Joint Declaration of Thomas J. McKenna and Christian Levis, sworn to on December 5, 2024, and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Plaintiff Jennifer Rand will move this Court at the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, before the Honorable Vincent Briccetti, United States District Judge, for an Order under Federal Rule of Civil Procedure 23 granting final approval of the Settlement between Plaintiff Jennifer Rand and Defendant The Travelers Indemnity Company, and for such other relief as set forth in the [Proposed] Final Approval Order and Judgment to be filed with the Court.

Dated: December 5, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　**GAINEY McKENNA & EGLESTON**

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Thomas J. McKenna*

Thomas J. McKenna
Gregory M. Egleston
Christopher M. Brain
260 Madison Avenue, 22nd Floor
New York, NY 10016
Tel: (212) 983-1300
tjmckenna@gme-law.com
gegleston@gme-law.com
cbrain@gme-law.com

Christian Levis
Amanda G. Fiorilla
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
clevis@lowey.com
afiorilla@lowey.com

Anthony M. Christina (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
achristina@lowey.com

*Counsel for Plaintiff Jennifer Rand*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 5, 2024, I caused a true and correct copy of the foregoing to be served on counsel of record by electronically filing it with the Clerk of the Court using the ECF system, which will send notification of such filing to the registered participants and via email to counsel for Defendant The Travelers Indemnity Company.

                                          */s/ Thomas J. McKenna*
                                          Thomas J. McKenna