UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| JENNIFER RAND, individually and on behalf of a class similarly situated<br><br>    Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>    Defendant. | No. 7:21-cv-10744-VB-VR |

**DECLARATION OF JAZMINEE SHUMWAY RE: IMPLEMENTATION OF NOTICE PLAN**

  I, Jazminee Shumway, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

  1. I am an Associate Project Manager with Angeion Group, LLC ("Angeion"), the Settlement Administrator retained in this matter, whose headquarters is located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

  2. Angeion was retained by the Parties and appointed by this Court to serve as Settlement Administrator and to, among other tasks, provide Notice of Proposed Class Action Settlement, January 28, 2025 Final Approval Hearing Thereon and Class Members' Rights to the Settlement Class, and perform other duties as specified in the Stipulation and Agreement of Class Action Settlement ("Settlement Agreement") and by the directives of the Court, including but not limited to the Order Preliminarily Approving the Proposed Class Action Settlement, Scheduling Hearing for Final Approval Thereof and Approving the Proposed Form and Plan of Class Notice (the "Preliminary Approval Order").

3. Angeion is not related to or affiliated with the Plaintiffs, Plaintiffs' Counsel, Defendants or Counsel for Defendants.

4. The purpose of this Declaration is to provide the Court with a summary of the work performed by Angeion to disseminate notice to the Settlement Class and other administrative tasks.

## CAFA NOTICE

5. On August 23, 2024, pursuant to 28 U.S.C. §1715, Angeion caused Notice of this Settlement and related materials ("CAFA Notice") to be sent to the Attorneys General of all states and territories, as well as the Attorney General of the United States. A copy of the CAFA Notice is attached hereto as **Exhibit A.**

## CLASS DATA

6. On or about September 9, 2024, Angeion received from Defendant's Counsel, a list of 88,858 records. The data file contained the names and mailing addresses of Class Members. Angeion reviewed the data file and removed duplicative records, resulting in 88,364 unique records ("Class List")

## DIRECT NOTICE

**Mailed Notice**

7. On October 21, 2024, Angeion caused the Short Form Notice and Settlement Payment Election (collective, the "Notice") to be mailed via the United States Postal Service ("USPS") first class mail, postage prepaid, to 88,364 Class Members ("Mailing List"). A sample of the Notice is attached hereto as **Exhibit B**.

8. Prior to mailing, the Mailing List was processed through the USPS National Change of Address database to identify updated addresses for individuals who have moved within the last four years and who filed a change of address card with the USPS.

9. Notices that were returned by the USPS as undeliverable with a forwarding address were re-mailed to that forwarding address. Notices that were returned by the USPS without a

forwarding address were subjected to an address verification search ("skip trace") in an attempt to locate an updated address. As a result of the above-described efforts, of the 11,581 Notices returned as undeliverable by the USPS, 666 were re-mailed to updated addresses and 7,591 will be remailed.

## SOCIAL MEDIA MONITORING

10. On October 21, 2024, Angeion began monitoring traffic on social media platforms such as Facebook and Instagram for discussions of the Settlement.

## SETTLEMENT WEBSITE

11. On October 21, 2024, Angeion activated a case-specific website, **www.TRVDataSettlement.com** (the "Settlement Website"), where Settlement Class Members are able to file a Settlement Payment Election directly on the website or download and print the Settlement Payment Election Form to be completed and mailed via the USPS. Also on the Settlement Website, Settlement Class Members can easily view general information about this Settlement, review relevant Court documents, and view important dates and deadlines pertinent to the Settlement. This case-specific Settlement Website was designed to be user-friendly and makes it easy for Settlement Class Members to find information about the case. The Settlement Website also has a "Contact Us" page whereby Settlement Class Members can send an email with any additional questions to a dedicated email address, info@TRVDataSettlement.com. As of the date of this declaration, the Settlement Website has received 7,221 website visits by 5,023 unique users totaling 13,990 pageviews.

## TOLL-FREE HOTLINE

12. On October 21, 2024, Angeion activated the following toll-free number dedicated to this Settlement: 1-833-362-3364. The toll-free hotline utilizes an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions and provide essential information regarding the Settlement. This hotline is accessible 24 hours a

day, 7 days a week. As of the date of this declaration, Angeion has received 802 calls totaling 3,455 minutes.

## PAYMENT ELECTION FORMS

13. The deadline for Class Members to submit a Payment Election Form is December 20, 2024. As of the date of this declaration, Angeion has received 5,675 Payment Election Form submissions. These submissions are still subject to final audits, including a review for duplicate submissions. Angeion will continue to report to the Parties the number of Payment Election Form submissions it receives and processes.

## EXCLUSIONS & OBJECTIONS

14. The deadline to submit a request for exclusion from the Settlement is December 20, 2024. As of the date of this declaration, Angeion has received one (1) timely request for exclusion. Attached hereto as **Exhibit C** is a list containing the name of the individual who submitted an exclusion request.

15. The deadline to submit an objection to the Settlement is also December 20, 2024. As of the date of this declaration, Angeion has not received and has not been made aware of any written objections. Angeion will continue to report all requests for exclusion and objections to the Parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 5, 2024

_____
JAZMINEE SHUMWAY

# EXHIBIT A



1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

August 23, 2024

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re:** **Notice of Class Action Settlement**
*Rand v. The Travelers Indemnity Company, Case No. 7:21-cv-10744-VB-VR*

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of defendant The Travelers Indemnity Company in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

**Case Name:** Rand v. The Travelers Indemnity Company
**Index Number:** *7:21-cv-10744-VB-VR*
**Jurisdiction:** United States District Court for the Southern District of New York White Plains Division
**Date Settlement Filed with Court:** August 16th, 2024

In accordance with the requirements of 28 U.S.C. § 1715, except as otherwise indicated, copies of the following documents associated with this action are available at https://www.angeiongroup.com/cafa/.

1. **28 U.S.C. § 1715(b)(1)-Complaint:** The *Class Action Complaint* was filed with the Court on December 15, 2021. The operative *Amended Complaint* was filed with the Court on March 3, 2022.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** There are no scheduled hearings at this time.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** The proposed *Short Form, Claim Form and Long Form Notice* were filed with the Court on August 16, 2024.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** The *Class Action Settlement Agreement and Release* was filed with the Court on August 16, 2024.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** Other than the Settlement Agreement and Release, the Parties entered into an agreement that provides Travelers the option to terminate the settlement in the event that more than a certain number of Settlement Class Members opt out of the

settlement (enclosed herein). No other settlements or other agreements have been contemporaneously made between the parties.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:** The Court has not issued a Final Judgement or notice of dismissal as of the date of this CAFA Notice.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:** There are 88,858 Settlement Class Members. Available contact information for Settlement Class Members has not yet been updated, and therefore it is not possible to precisely identify for each Settlement Class Member their current state of residence. Based on current available contact information,[1] Travelers is providing an estimated breakdown of the number of Settlement Class Members by state (enclosed herein). Moreover, given the nature of the Settlement Benefits, a reasonable estimate is that the proportional share of settlement benefits will approximate the state-by-state percentage breakdown in the attached document.

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court has not issued a judicial opinion to the Settlement at this time. The *[Proposed] Order Preliminarily Approving the Proposed Class Action Settlement, Scheduling Hearing for Final Approval Thereof and Approving the Proposed Form and Plan of Class Notice* is available at https://www.angeiongroup.com/cafa/.

If you have questions or concerns about this notice, the proposed settlement, or difficulty accessing the associated documents, please contact this office or counsel for Travelers.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

<u>Counsel for Travelers</u>
Donald Houser
Ashley Miller
Alston & Bird LLP
1201 West Peachtree St.
Atlanta, GA 30309
404-881-7000
donald.houser@alston.com
ashley.miller@alston.com

---

[1] Updated contact information is not available, and Travelers also has confidentiality concerns about providing existing identifying information. But if you believe available information is necessary, please let us know.

# EXHIBIT B

COURT APPROVED LEGAL NOTICE

**If your personal information was compromised in the unauthorized third-party access to The Travelers Indemnity Company' ("Travelers") independent agent portal identified on or around November 12, 2021 (the "Data Incident"), your rights may be affected by a pending class action settlement, and you may be entitled to a portion of the settlement fund.**

---

This Summary Notice is to alert Settlement Class Members to a proposed $6 million settlement reached with Travelers in a class action, *Rand v. The Travelers Indemnity Company*, Case No. 7:21-cv-10744-VB-VR, pending in the United States District Court for the Southern District of New York (the "Action").

### What is this lawsuit about and what does the Settlement provide?

Plaintiff brought this Action against Travelers, an insurance company that operates throughout the United States. This Action arises out of the Data Incident, which Plaintiff alleges caused Class Members' Personal Information, including driver's license numbers, to be accessed, stolen, or compromised. Plaintiff filed a complaint that asserted legal claims for negligence, negligence *per se* under the Federal Trade Commission Act (15 U.S.C. § 45) and the New York Shield Act (N.Y. Gen. Bus. Law § 899-aa, *et seq*.), violation of the Driver's Protection Act, 18 U.S.C. §§ 2721, *et seq*. ("DPPA"), violation of New York Business Law § 349, and for declaratory and injunctive relief. Travelers denies all material allegations of the Action and denies, among other things, that it failed to properly protect any personal data, had inadequate data security, or that it violated any state or federal laws, including the DPPA.

To avoid the uncertainty and risk of further litigation and the duration, expense, difficulties, and delays inherent in such litigation, the Parties have agreed to settle the claims in this lawsuit. Travelers will pay a total of $6 million (the "Settlement Fund") to settle this Action. If the Settlement is approved, each Settlement Class Member that has not timely filed a written request for exclusion and is entitled to payment pursuant to the Settlement Agreement will receive an equal (*pro rata*) share of the Settlement Fund after administration and notice costs, court-awarded attorneys' fees, costs, expenses, and any service award are deducted.

### Who is a member of the Settlement Class?

The proposed Settlement Class consists of all individuals of the United States who were previously sent notice by Travelers that their Personal Information was accessed, stolen, or compromised as a result of the Data Incident, as reflected on the Class List.

The capitalized terms used in this Summary Notice are defined in the Settlement Agreement, which is available with additional details concerning the Settlement at **www.TRVDataSettlement.com**.

If you are not sure if you are included in the Settlement Class, you can get more information, including the Long Form Notice, at **www.TRVDataSettlement.com** or by calling toll-free 1-833-362-3361.

### Who represents me?

The United States District Court for the Southern District of New York (the "Court") authorized this Summary Notice and has appointed the lawyers listed below to represent the Settlement Class in this Action ("Class Counsel"):

TTIC Data Incident Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103
info@TRVDataSettlement.com

| | |
|---|---|
| Thomas J. McKenna | Christian Levis |
| Gregory M. Egleston | Amanda G. Fiorilla |
| Christopher Brain | Anthony M. Christina |
| **GAINEY McKENNA & EGLESTON** | **LOWEY DANNENBERG, P.C.** |
| 260 Madison Avenue, 22nd Floor | 44 South Broadway, Suite 1100 |
| New York, NY 10016 | White Plains, NY 10601 |
| Tel: (212) 983-1300 | Tel: (914) 997-0500 |
| tjmckenna@gme-law.com | clevis@lowey.com |
| gegleston@gme-law.com | afiorilla@lowey.com |
| cbrain@gme-law.com | achristina@lowey.com |

If you want to be represented by your own lawyer, you may hire one at your expense.

| **Will I get a payment?** |
|---|

If you are a Settlement Class Member and do not exclude yourself, please file a Settlement Payment Election to receive your share of money from the Net Settlement Fund. You also may obtain more information at **www.TRVDataSettlement.com** or by calling toll-free 1-833-362-3361. Settlement Payment Election forms must be postmarked by **DECEMBER 20, 2024,** or submitted online at **www.TRVDataSettlement.com** on or before 11:59 p.m. Eastern time on **DECEMBER 20, 2024**. If you do not file an eligible Settlement Payment Election, you will receive a payment *only* if the Settlement Administrator can identify a valid mailing address for you.

| **What are my rights?** |
|---|

If you do not want to be legally bound by the Settlement, you must exclude yourself from it by DECEMBER 20, 2024, or you will not be able to sue, or continue to sue Travelers about the legal claims this Settlement resolves. If you exclude yourself, you cannot get benefits from the Settlement. If you do not exclude yourself, then you can tell the Court that you do not agree with the Settlement or some part of it by objecting to it by DECEMBER 20, 2024. The Long Form Notice available at **www.TRVDataSettlement.com** explains how to exclude yourself or object and describes the released claims in detail.

| **When is the Final Approval Hearing?** |
|---|

The Court will hold the Final Approval Hearing on **JANUARY 28, 2025**, at **11:00 A.M.**, at the United States District Court for the District of the Southern District of New York, in Courtroom 620, located at 300 Quarropas Street, White Plains, NY 10601, to consider whether to finally approve the proposed Settlement, the application for an award of Attorneys' Fees and Expenses, and the application for a Service Award for Plaintiff. The Final Approval Hearing may be moved to a different location, date, or time without notice to you. The Final Approval Hearing may be conducted remotely. Although you do not need to attend, if you plan to do so, you should check the Settlement Website before making travel plans.

You or your lawyer may ask to appear and speak at the hearing at your own expense, but you do not have to. Any changes to the time and place of the Final Approval Hearing, or other deadlines, will be posted to **www.TRVDataSettlement.com** as soon as is practicable.

**For more information, call toll-free 1-833-362-3361 or visit www.TRVDataSettlement.com**
**YOU MAY ALSO WRITE THE SETTLEMENT ADMINISTRATOR AT:**

**TTIC DATA INCIDENT SETTLEMENT ADMINISTRATOR, 1650 ARCH STREET, SUITE 2210, PHILADELPHIA, PA 19103**

***\*\*\*\* Please do not call the Court or the Clerk of the Court for information about the Settlement. \*\*\*\****

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JENNIFER RAND, individually and on behalf of a class similarly situated,<br><br>             Plaintiff,<br><br>  -v.-<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>             Defendant. | Case No. 7:21-cv-10744-VB |

**SETTLEMENT PAYMENT ELECTION**

Prior to completing this form, it is important that you review the **Notice of Proposed Class Action Settlement, January 28, 2025, Fairness Hearing Thereon and Class Members' Rights** ("Notice") and the Stipulation and Agreement of Settlement between Plaintiff and Travelers, which are available at the Settlement Website, www.TRVDataSettlement.com.

Please submit a Settlement Payment Election **online at the Settlement Website by 11:59 p.m. Eastern Time on December 20, 2024, OR complete, postmark and mail this form to the Settlement Administrator no later than December 20, 2024.** If you are unable to submit the required information as described below or have any questions, you should call or email the Settlement Administrator for further instructions.

I.  **CLAIMANT INFORMATION**

The Settlement Administrator will use this information for all communications relevant to this Settlement Payment Election. If this information changes after the submission of this form, please notify the Settlement Administrator in writing. If you are completing and signing this Settlement Payment Election on behalf of the Claimant, you must attach documentation showing your authority to act on behalf of Claimant.

Please use the fields below to provide updated or missing contact information.

| | |
|---|---|
| **First Name** | **Last Name** |

| |
|---|
| **Street Address** |

| | | |
|---|---|---|
| **City** | **State** | **Zip Code** |

| | |
|---|---|
| **Email Address** | **Phone Number** |

## II. PAYMENT ELECTION

For payment of reimbursement of your *pro rata* cash payment, I wish to receive my payment, if approved, by (select one):

☐ **PayPal** - Enter your PayPal email address: _____

☐ **Venmo** - Enter the mobile number associated with your Venmo account: ___-___-____

☐ **Zelle** - Enter the mobile number or email address associated with your Zelle account:

   Mobile Number: ___-___-____ or Email Address: _____

☐ **Virtual Prepaid Card** - Enter your email address: _____

☐ **Physical Check** - Payment will be mailed to the pre-populated address on page 1 of this form. Please be sure to complete the Claimant Information section if you need to update your address.

**I CERTIFY THAT ALL THE INFORMATION PROVIDED BY ME ON THIS PAYMENT ELECTION FORM IS TRUE, CORRECT, AND COMPLETE AND THAT THE DATA SUBMITTED IN CONNECTION WITH THIS SETTLEMENT PAYMENT ELECTION ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.**

_____    _____
Signature of Claimant                                Print Name of Claimant

Date: _____
          MM/DD/YY

**REMINDER:** **YOUR SETTLEMENT PAYMENT ELECTION AND REQUIRED DATA MUST BE SUBMITTED ONLINE BY 11:59 P.M. EASTERN TIME ON DECEMBER 20, 2024, OR POSTMARKED AND MAILED NO LATER THAN DECEMBER 20, 2024, TO:**

   TTIC DATA INCIDENT SETTLEMENT ADMINISTRATOR
   1650 ARCH STREET, SUITE 2210
   PHILADELPHIA, PA 19103

**QUESTIONS?** PLEASE VISIT WWW.TRVDATASETTLEMENT.COM OR CALL TOLL-FREE 1-833-362-3361.

# EXHIBIT C

*Rand v. The Travelers Indemnity Company*
12/5/2024

| Exclusion Request | | |
|---|---|---|
| First Name | Last Name | Request Date |
| Benjamin | Saunders | 11/23/2024 |