**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION**

| | |
|---|---|
| JENNIFER RAND, individually and on behalf of a class similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>     Defendant. | No. 7:21-cv-10744-VB-VR |

**JOINT DECLARATION OF THOMAS J. McKENNA AND CHRISTIAN LEVIS IN SUPPORT OF PLAINTIFF JENNIFER RAND'S (1) MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND (2) MOTION FOR <u>ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARD</u>**

We, THOMAS J. McKENNA and CHRISTIAN LEVIS, declare as follows:

  1.  I, Thomas J. McKenna, am a member of the law firm of Gainey McKenna & Egleston ("GM&E"), appointed as Class Counsel in the above-captioned Action.

  2.  I, Christian Levis, am a partner of the law firm of Lowey Dannenberg, P.C. ("Lowey"), appointed as Class Counsel in the above-captioned Action.

  3.  We jointly submit this Declaration in support of Plaintiff Jennifer Rand's (1) Motion for Final Approval of Class Action Settlement and (2) Motion for Attorneys' Fees, Expenses, and Service Award.

**I.  BACKGROUND**

  4.  As Class Counsel, we have overseen all material aspects of the litigation. We have personal knowledge of the following facts and if called upon to testify, we each could testify competently thereto.

  5.  The factual background as well has the history of the settlement negotiations are described in the Joint Declaration of Thomas J. McKenna and Christian Levis in Support

of Plaintiff Jennifer Rand's Motion for Preliminary Approval of Class Action Settlement (ECF No. 151) and the Memorandum of Law in Support of Plaintiff Jennifer Rand's Motion for Preliminary Approval of Class Action Settlement ("Prelim. Approval Brief"). ECF No. 150. This Declaration focuses on additional facts relevant to the Final Approval Motion and Fee and Expense Application.

## II.     PRELIMINARY APPROVAL, NOTICE, AND REACTION BY THE CLASS

6.     On August 16, 2024, Plaintiff filed a Motion for Preliminary Approval of Class Action Settlement. ECF Nos. 149 – 154. On September 6, 2024, the Court preliminarily approved the Settlement and the Notice Plan. ECF No. 159. Class Counsel worked with the Settlement Administrator, the Angeion Group, LLC to set up the Settlement website and help launch the Notice Plan. Class Notice has been issued and Settlement Class Members have been informed of their rights under the Settlement. Settlement Class Members were also informed that they would receive a check for their share of the Net Settlement Fund mailed directly to them, or they could complete a Settlement Payment Election Form to select a different method of payment. While the Settlement Payment Election, Objection, and Exclusion deadlines are not until December 20, 2024, as of December 5, 2024, there have been 5,675 Settlement Payment Election forms submitted choosing a preferred method of payment, one request to opt-out, and zero objections to Settlement, the Fee and Expense Application, or the Service Award.

## III.    CLASS COUNSEL'S FEE AND EXPENSE APPLICATION

7.     As Class Counsel's firm résumés (*see* ECF Nos. 151-1 – 151-2) demonstrate, Class Counsel are skilled and accomplished litigators in the complex litigation, class action, and data breach and data privacy litigation fields with successful track records in some of the largest class actions throughout the country.

8. Class Counsel worked cooperatively to avoid duplication. Class Counsel coordinated case strategy and delegated assignments amongst themselves. Class Counsel bore the risk of litigating and funding this Action entirely on a contingent basis.

9. Class Counsel devoted substantial attorney and staff time and committed significant resources towards this Action for the benefit of the Settlement Class. The expenditure of these hours and other litigation costs were reasonably necessary to effectively litigate the Action.

10. Class Counsel's efforts in this Action are described in Class Counsel's separate individual declarations in support of the Fee and Expense Application. *See, e.g.,* Declaration of Christian Levis Filed on Behalf of Lowey Dannenberg, P.C. in Support of Plaintiff's Motion for Attorneys' Fees, Expenses, and Service Award and the Declaration of Thomas J. McKenna Filed on Behalf of Gainey McKenna & Egleston in Support of Plaintiff's Motion for Attorneys' Fees, Expenses, and Service Award, attached to this Declaration respectively as Exhibits A–B.

A. **Attorneys' Fees**

11. The following chart summarizes the aggregate hours and lodestar of Class Counsel, as set forth in more detail in the separate firm declarations. *See* Exhibits A–B.

| Firm Name | Hours | Lodestar |
|---|---|---|
| Lowey | 1,404.50 | $1,165,073.50 |
| GM&E | 1,819.44 | $1,280,763.80 |
| | | |
| **Total:** | 3,223.94 | $2,445,837.30 |

12. Using current rates, Class Counsel's collective base lodestar is $2,445,837.30 resulting in a negative multiplier of approximately 0.82 which is within the range of approval in this Circuit and thus supports the reasonableness of the requested fee award.

13. Class Members were informed in the Long Form Notice, which is available for download on the settlement website (www.trvdatasettlement.com), that Class Counsel would seek attorneys' fees not to exceed one-third of the Settlement Fund. *See* Long Form Notice

3

(Exhibit D to Settlement Agreement, ECF No. 151-1). To date there have been zero objections as to Class Counsel's Fee Application.

### B. Expenses

14. The following chart summarizes the total out-of-pocket expenses of each firm, as set forth in more detail in the separate firm declarations. *See* Exhibits A–B.

| Expense Categories | Amount |
|---|---|
| Lowey | $35,254.89 |
| GM&E | $44,554.69 |
|  |  |
| **Total:** | **$79,809.58** |

15. Combined, Class Counsel spent $79,809.58 in out-of-pocket expenses devoted to pursuing claims on behalf of Plaintiff and other Class Members. These expenses were reasonably necessary to advance the interests of the Class and achieve the favourable result. *See* Exhibits A – B. These expenses represent 1.33% of the Settlement Fund.

16. Class Members were informed in the Long Form Notice, that Class Counsel would seek reimbursement of litigation-related expenses of not more than $90,000. *See* Long Form Notice (Exhibit D to Settlement Agreement, ECF No. 151-1). To date there have been zero objections as to Class Counsel's Expense Application. Furthermore, the requested reimbursement here is 11.32% lower than $90,000.

### IV. PLAINTIFF'S REQUEST FOR A SERVICE AWARD

17. Plaintiff applies for a Service Award of $10,000. Plaintiff undertook substantial work and litigation risk throughout this Action, including sitting for an all-day deposition. Plaintiff's work is more fully described in the Declaration of Jennifer Rand, attached to this Declaration as Exhibit C.

18. Class Members were informed in the Long Form Notice, that Plaintiff would apply for a Service Award not to exceed $10,000. *See* Long Form Notice (Exhibit D to

Settlement Agreement, ECF No. 151-1). To date there have been zero objections to the Service Award.

## V.     EXHIBITS

19.     Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of Christian Levis of Lowey Dannenberg, P.C.

20.     Attached hereto as **Exhibit B** is a true and correct copy of the Declaration of Thomas J. McKenna of Gainey McKenna & Egleston.

21.     Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Jennifer Rand.

We declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge.

Dated: December 5, 2024

*/s/ Thomas J. McKenna*                                              */s/ Christian Levis*
Thomas J. McKenna                                                    Christian Levis
New York, New York                                                   White Plains, New York

5