UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| JENNIFER RAND, individually and on behalf of a class similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>　　　　　　Defendant. | No. 7:21-cv-10744-VB-VR |

## SUPPLEMENTAL DECLARATION OF JAZMINEE SHUMWAY RE: IMPLEMENTATION OF NOTICE PLAN

I, Jazminee Shumway, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a Project Manager at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"), located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

2. Angeion was retained by the Parties and appointed by this Court to serve as Settlement Administrator and to, among other tasks, provide Notice of Proposed Class Action Settlement, January 28, 2025 Final Approval Hearing Thereon and Class Members' Rights to the Settlement Class, and perform other duties as specified in the Stipulation and Agreement of Class Action Settlement ("Settlement Agreement") and by the directives of the Court, including but not limited to the Order Preliminarily Approving the Proposed Class Action Settlement, Scheduling Hearing for Final Approval Thereof and Approving the Proposed Form and Plan of Class Notice (the "Preliminary Approval Order").

3. Angeion is not related to or affiliated with the Plaintiffs, Plaintiffs' Counsel, Defendants or Counsel for Defendants.

4. The purpose of this Declaration is to provide the Court with updated information to supplement the "Declaration of Jazminee Shumway Re: Implementation of Notice Plan," submitted on December 5, 2024.

## EXCLUSIONS & OBJECTIONS

5. The deadline to submit a request for exclusion from the Settlement was December 20, 2024. As of the date of this declaration, Angeion received one request for exclusion from Benjamin Saunders. A true and correct copy of the request for exclusion is attached hereto as **Exhibit A**.

6. The deadline to submit an objection to the Settlement was also December 20, 2024. As of the date of this declaration, Angeion has not received and has not been made aware of any written objections.

I hereby declare under penalty of the perjury that the foregoing is true and correct.

Dated: December 30, 2024

_____
JAZMINEE SHUMWAY

# EXHIBIT A

**Benjamin Saunders**
131 Locust Street
Holyoke MA 01040
(413) 695-1776
Biomeche@gmail.com

November 23, 2004

**TTIC DATA Incident Settlement Administrator**
ATTN: Exclusions
PO BOX 58220
Philadelphia PA 19102

To Whom it May Concern:

In the matter of *Rand v. The Travelers Indemnity Company*, No. 7:21-cv-10744-VB-VR (S.D.N.Y.), I wish to be excluded from the above settlement. Name and address as well as unique claimant number are listed below.

Benjamin Saunders
131 Locust Street
Holyoke MA 01040

Unique Claimant number TIC1001468

Sincerely,

**Benjamin Saunders**



Ken Saunders
33 Locust St
Holyoke MA 01040

RECEIVED
DEC 2 2024

TTIC Data Incident Settlement Administrator
ATN Exclusions
c/o [...] Group
PO Box 58220
Philadelphia PA 19102