# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### WHITE PLAINS DIVISION

| | |
|---|---|
| JENNIFER RAND, individually and on behalf of a class similarly situated<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br>　　　　　　　　Defendant. | No. 7:21-cv-10744-VB-VR |

## DECLARATION OF JAZMINEE SHUMWAY RE: PROPOSED DISTRIBUTION OF SETTLEMENT PAYMENTS

I, Jazminee Shumway, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.　　I am a Project Manager at the court appointed class action notice and claims administration firm Angeion Group, LLC ("Angeion"), located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

2.　　Angeion is not related to or affiliated with the Plaintiffs, Plaintiffs' Counsel, Defendants or Counsel for Defendants.

3.　　The purpose of this Declaration is to provide the Court with information describing the proposed distribution of Settlement Payments by checks and electronic payment platforms for Court review.

## PROPOSED DISTRIBUTION PLAN

4.　　As of the date of this declaration, Angeion estimates of the 88,366 class members, 83,952 will receive a Settlement Payment. 4,414 possible class members could not receive a Notice

due to invalid mailing addresses, despite skip tracing efforts made. Angeion has exhausted all search options with the data received.

5.      The deadline to submit a Settlement Payment Election was December 20, 2024. As of the date of this declaration, Angeion has received 7,093 Settlement Payment Election forms[1].

6.      Of the 7,093 Settlement Payment Election forms received, 4,265 class members requested paper checks and 2,828 class members requested for an electronic payment.

7.      If the settlement is approved and the approved attorney fees, expenses, service awards, taxes, and administration costs are deducted from the Gross Settlement Fund, the remaining amount will be distributed to eligible Class Members on a *pro rata* basis.

8.      Angeion estimates that each eligible class member entitled to payment pursuant to the Settlement Agreement will receive an equal (*pro rata)* share of approximately $43.57.

I hereby declare under penalty of the perjury that the foregoing is true and correct.


Dated: JANUARY 3, 2024


_____

JAZMINEE SHUMWAY

---

[1] Settlement Payment Election forms, not yet assessed for duplicates or validity. Verification will be completed by January 10th, 2025, and a Supplemental Declaration will be filed in connection with Plaintiffs' reply to provide the Court with any relevant updates.

**DECLARATION OF JAZMINEE SHUMWAY RE: PROPOSED DISTRIBUTION OF SETTLEMENT PAYMENTS**