UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| JENNIFER RAND, individually and on behalf of a class similarly situated<br>      Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br>      Defendant. | No. 7:21-cv-10744-VB-VR |

### SUPPLEMENTAL DECLARATION OF JAZMINEE SHUMWAY REGARDING PROPOSED DISTRIBUTION OF SETTLEMENT PAYMENTS

  I, Jazminee Shumway, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

  1. I am a Project Manager at the court appointed class action notice and claims administration firm Angeion Group, LLC ("Angeion"), located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

  2. Angeion is not related to or affiliated with the Plaintiff, Plaintiff's Counsel, Defendants or Counsel for Defendants.

  3. The purpose of this Declaration is to provide the Court with relevant updates after Angeion completed the verification of the submitted Settlement Payment Election Forms and describing the proposed distribution of Settlement Payments by checks and electronic payment platforms for Court review.

### PROPOSED DISTRIBUTION PLAN

  4. The deadline to submit a Settlement Payment Election was December 20, 2024. As of the date of this declaration, Angeion has received 7,177 Settlement Payment Election forms and continues to receive timely postmarked forms.

5. Of the 7,177 Settlement Payment Election forms received, 6,867 forms matched the information provided by Travelers; 299 Settlement Payment Election forms were flagged as deficient due to information not matching the information provided by Travelers; and 11 Settlement Payment Election forms were duplicative.

6. On January 20, 2025, Angeion will cause 299 notices of deficiency to be emailed or mailed to potential class members. The deadline to provide additional information will be twenty-one (21) days from the date of the deficiency notice. Angeion will continue to report to the Parties the number of Settlement Payment Election forms submissions it receives, and processes as additional information is received and reviewed.

7. Of the 6,867 Valid forms, 4,206 class members requested paper checks, and 2,661 class members requested an electronic payment.

8. If the settlement is approved and the approved attorney fees, expenses, service awards, taxes, and administration costs are deducted from the Gross Settlement Fund, the remaining amount will be distributed to eligible Class Members on a *pro rata* basis.

9. Angeion estimates that each of the 88,365 eligible class members entitled to payment pursuant to the Settlement Agreement will receive an equal (*pro rata*) share of approximately $44.38.

I hereby declare under penalty of the perjury that the foregoing is true and correct.

Dated: January 17, 2025

_____
JAZMINEE SHUMWAY