UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| JENNIFER RAND, individually and on behalf of a class similarly situated<br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br>　　　　　　　　　Defendant. | No. 7:21-cv-10744-VB-VR |

**DECLARATION OF JAZMINEE SHUMWAY**
**RE: NOTICE & ADMINISTRATION COSTS & ESTIMATED SETTLEMENT PAYMENT AMOUNT**

I, Jazminee Shumway, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a Project Manager at the court appointed class action notice and claims administration firm Angeion Group, LLC ("Angeion"), located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

2. Angeion is not related to or affiliated with the Plaintiff, Class Counsel, the Defendant, or Counsel for the Defendant.

3. The purpose of this Declaration is to provide the Parties and the Court with information describing the estimated notice and administration costs and the estimated Settlement Payment amount.

**NOTICE & ADMINISTRATION COSTS**

4. The cost to provide notice and administration services through December is approximately $134,397.

5. Based on the current status and assumptions as to what steps will be required to execute the remainder of the administration, the expected total cost is estimated to be $252,000,

inclusive of postage and other expenses[1]. This estimate assumes a single distribution, typical success rate for deliverability of mailings, as well as other associated administrative tasks requiring the estimated level of effort for this matter, including but not limited to the handling of Settlement Class Member communication, reporting to the Parties and/or the Court, issuing settlement payments, and handling requisite tax reporting for the Qualified Settlement Fund.

**ESTIMATED SETTLEMENT PAYMENT AMOUNT**

6. Per the terms of the Settlement Agreement, the Settlement Fund consists of a total payment by Defendant in the amount of $6,000,000.00. We understand that Class Counsel has requested a total of $2,079,809.58 for Attorneys' Fees and Costs, has requested a Service Award in the amount of $10,000 for Plaintiff Jennifer Rand.

7. If the Settlement is approved and becomes final, the amount available for the distribution of Settlement Payments to Authorized Claimants is estimated to be $3,658,190.42, which was calculated by deducting Attorneys' Fees & Costs, Notice & Administration Costs, and the Service Award from the Settlement Fund (illustrated in the chart below).

| Description | Amount |
|---|---|
| Settlement Fund | $6,000,000.00 |
| Attorneys' Fees & Costs | ($2,079,809.58) |
| Estimated Notice & Administration Costs | ($252,000.00) |
| Service Award | ($10,000.00) |
| **Net Settlement Fund** | **$3,658,190.42** |

---

[1] The estimated total cost for notice and administration includes the remaining administration costs associated with the initial distribution of Settlement Payments to Authorized Claimants. In the event there are funds remaining from uncashed checks that will require a reallocated distribution pursuant to §7.4.3. of the Stipulation and Agreement of Class Action Settlement (Dkt. No. 151-1), Angeion will provide the Parties with a cost estimate for that additional distribution of Settlement Payments. The costs associated with an additional distribution would be payable from the funds available to be reallocated and would not affect the Settlement Payment amounts distributed in the initial distribution.

8. The Net Settlement Fund will then be divided on a *pro rata* basis among Authorized Claimants, *e.g.*, Settlement Class Members who have not filed a written request for exclusion and have either submitted a Settlement Payment Election or have a valid mailing address on file.

9. As of the date of this declaration, there are 78,709 Authorized Claimants who are eligible to receive an equal share of the Net Settlement Fund. This number of 78,709 reflects all persons whose addresses Angeion was able to verify to date and to whom mail was deliverable such that they have a valid address for mailing the automatic payment available under the settlement.

10. If the total estimated cost of the administration is that noted in paragraph 5 of this Declaration, then the estimated Settlement Payment for each Authorized Claimant is currently calculated to be approximately $46.48

11. If the costs of the administration exceed the current estimate, up to the limit set forth in Section 4.2 of the Settlement Agreement ($350,000.00), then the estimated Settlement Payment for each Authorized Claimant is currently calculated to be approximately $45.23. Angeion will keep the Parties informed of any changes to the number of Authorized Claimants.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: February 4, 2025

_____
JAZMINEE SHUMWAY